RIDER TO SUMMONS IN A CIVIL ACTION

Defendants' names and addresses:

POLICE OFFICER JOHN DOE #1
C/O 79th Precinct
263 Tompkins Avenue
Brooklyn, New York 11216-1220

POLICE OFFICER JOHN DOE #2
C/O 79th Precinct
263 Tompkins Avenue
Brooklyn, New York 11216-1220

POLICE OFFICER JOHN DOE #3
C/O 79th Precinct
263 Tompkins Avenue
Brooklyn, New York 11216-1220

POLICE OFFICER JOHN DOE #4
C/O 79th Precinct
263 Tompkins Avenue
Brooklyn, New York 11216-1220

POLICE OFFICER JOHN DOE #5
C/O 79th Precinct
263 Tompkins Avenue
Brooklyn, New York 11216-1220

POLICE OFFICER JOHN DOE #6
C/O 79th Precinct
263 Tompkins Avenue
Brooklyn, New York 11216-1220

POLICE OFFICER JOHN DOE #7
C/O 79th Precinct
263 Tompkins Avenue
Brooklyn, New York 11216-1220

POLICE OFFICER JOHN DOE #8
C/O 79th Precinct
263 Tompkins Avenue
Brooklyn, New York 11216-1220

POLICE OFFICER JOHN DOE #9

C/O 79th Precinct
263 Tompkins Avenue
Brooklyn, New York 11216-1220

POLICE OFFICER JOHN DOE #10
C/O 79th Precinct
263 Tompkins Avenue
Brooklyn, New York 11216-1220

POLICE OFFICER JOHN DOE #11
C/O 79th Precinct
263 Tompkins Avenue
Brooklyn, New York 11216-1220